# WAIVER OF SERVICE OF SUMMONS

**TO:  Leonard M. Gryskewicz Jr., Esquire**
(Name of plaintiff's attorney or pro se plaintiff)


I acknowledge receipt of your request that I waive service of a summons in the action of **Steven J. Bennett v. Lopez, et al.**, which is case number **17-2031** in the United States District Court for the Middle District of Pennsylvania.  I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **December 08, 2017** (date request was sent), or within 90 days after that date if the request was sent outside the United States.


| | |
|---|---|
| **December 14, 2017** | *s/ Daniel J. Gallagher* |
| **DATE** | **SIGNATURE** |

   **Printed/typed name: Daniel J. Gallagher**
         **Title, if any: Deputy Attorney General**

   **Address of Person signing:**  Office of Attorney General, Litigation Section
                                   15th Floor, Strawberry Square
                                   Harrisburg, PA  17120

   **Party you represent: Gabriel L. Paduck**