IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN J. BENNETT, | : | No. 3:17-CV-2031 |
| Plaintiff | : | |
| | : | Judge Caputo |
| v. | : | |
| | : | Electronically Filed Document |
| TROOPER JAIME LOPEZ and | : | *Complaint Filed 11/04/17* |
| TROOPER GABRIEL L. PADUCK, | : | |
| Defendants | : | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby move the Court for an enlargement of time in which to file an Answer in response to the Complaint, and in support thereof state as follows:

1. Defendants' response to the Amended Complaint is due February 6, 2018.

2. The Amended Complaint was filed on January 10, 2018.

3. Counsel for Defendant needs time to consult with his client regarding the content of the Answer.

4. Plaintiff's counsel does not object to the request for a 30 day extension.

5. Counsel for the Co-Defendant is presently on trial in Lackawanna County. Since he has filed a Motion to Dismiss, it is not anticipated that he would object to the extension.

6. Granting this enlargement will not unreasonably delay this matter nor prejudice the rights of the Plaintiff since the Motion to Dismiss the Amended Complaint is in the briefing stage.

WHEREFORE, the Defendant, Gabriel L. Paduck respectfully requests an enlargement of time until March 8, 2018 to file an Answer to the Complaint.

**Respectfully submitted,**

**JOSH SHAPIRO**
**Attorney General**

By: *s/ Daniel J. Gallagher*
**DANIEL J. GALLAGHER**
**Deputy Attorney General**
**Attorney ID 30451**

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: (717) 783-6270**

**KELI M. NEARY**
**Acting Chief Deputy Attorney General**

dgallagher@attorneygeneral.gov     **Civil Litigation Section**

**Date: February 6, 2018**     **Counsel for Defendant Paduck**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN J. BENNETT, | : | No. 3:17-CV-2031 |
| Plaintiff | : | |
| | : | Judge Caputo |
| v. | : | |
| | : | Electronically Filed Document |
| TROOPER JAIME LOPEZ and | : | Complaint Filed 11/04/17 |
| TROOPER GABRIEL L. PADUCK, | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Daniel J. Gallagher, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on February 6, 2018, I caused to be served a true and correct copy of the foregoing document titled Motion to Extend Time to Answer to the following:

## VIA ELECTRONIC FILING

| | |
|---|---|
| **Leonard M. Gryskewicz, Jr., Esquire** | **Harry T. Coleman, Esuire** |
| **Lampman Law** | **Law Office** |
| 2 Public Square | 41 North Main Street, Suite 316 |
| Wilkes-Barre, PA  18701 | Carbondale, PA  18407 |
| lenny@lampmanlaw.com | harry@harrycolemanlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Trooper James Lopez* |

    *s/ Daniel J. Gallagher*
    **DANIEL J. GALLAGHER**
    **Deputy Attorney General**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN J. BENNETT, | : | No. 3:17-CV-2031 |
| Plaintiff | : | |
| | : | Judge Caputo |
| v. | : | |
| | : | Electronically Filed Document |
| | : | |
| TROOPER JAIME LOPEZ and | : | *Complaint Filed 11/04/17* |
| TROOPER GABRIEL L. PADUCK, | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion to Extend Time to Answer, it is hereby ORDERED that the Motion is GRANTED, and Defendant Paduck is ordered to file his answer on March 8, 2018.

 

 

_____
**The Honorable A. Richard Caputo**
**United States District Judge**