## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN J. BENNETT,       Plaintiff | : : : | No. 3:17-CV-2031 |
| v. | : : : | Judge Caputo |
| | : | Electronically Filed Document |
| TROOPER JAIME LOPEZ *and* TROOPER GABRIEL L. PADUCK,       Defendants | : : : : | *Complaint Filed 11/04/17* |

## ORDER

AND NOW, this __8th__ day of __February__, 2018, upon consideration of the Motion to Extend Time to Answer, it is hereby ORDERED that the Motion is GRANTED, and Defendant Paduck is ordered to file his answer on March 8, 2018.

/s/ A. Richard Caputo
**The Honorable A. Richard Caputo
United States District Judge**