IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN J. BENNETT,** | : | No. 3:17-CV-2031 |
| Plaintiff | : | |
| | : | Judge Caputo |
| v. | : | |
| | : | Electronically Filed Document |
| | : | |
| **TROOPER JAIME LOPEZ** and | : | *Complaint Filed 11/04/17* |
| **TROOPER GABRIEL L. PADUCK,** | : | |
| Defendants | : | |

## WITHDRAWAL OF APPEARANCE

Please withdrawal my appearance on behalf of Defendant Gabriel L. Paduck in the above-captioned matter.

                                    Respectfully submitted,

                                    JOSH SHAPIRO
                                    Attorney General

                            By:   *s/ Daniel J. Gallagher*
                                    DANIEL J. GALLAGHER
**Office of Attorney General**      Deputy Attorney General
**15th Floor, Strawberry Square**   Attorney ID 30451
**Harrisburg, PA 17120**
**Phone: (717) 783-2034**           KELI M. NEARY
                                    Acting Chief Deputy Attorney General
dgallagher@attorneygeneral.gov      Civil Litigation Section

**Date: March 12, 2018**            **Counsel for Defendant Gabriel L. Paduck**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN J. BENNETT,** | : | No. 3:17-CV-2031 |
| Plaintiff | : | |
| | : | Judge Caputo |
| v. | : | |
| | : | Electronically Filed Document |
| **TROOPER JAIME LOPEZ** and | : | *Complaint Filed 11/04/17* |
| **TROOPER GABRIEL L. PADUCK,** | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Daniel J. Gallagher, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on March 12, 2018, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

**VIA ELECTRONIC FILING**

| | |
|---|---|
| **Leonard M. Gryskewicz, Jr., Esquire** | **Harry T. Coleman, Esuire** |
| Lampman Law | Law Office |
| 2 Public Square | 41 North Main Street, Suite 316 |
| Wilkes-Barre, PA  18701 | Carbondale, PA  18407 |
| lenny@lampmanlaw.com | harry@harrycolemanlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Trooper James Lopez* |

       *s/ Daniel J. Gallagher*
       **DANIEL J. GALLAGHER**
       Deputy Attorney General