# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN J. BENNETT,<br><br>   Plaintiff,<br><br>       v.<br><br>TROOPER JAIME LOPEZ and<br>TROOPER GABRIEL L. PADUCK,<br><br>   Defendants. | NO.3:17-CV-2031<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 13th day of March, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Strike (Doc. 25) filed by Defendant Jaime Lopez is **DENIED**.

(2) The Motion to Dismiss (Doc. 16) filed by Defendant Jaime Lopez is **DENIED in its entirety**.

(3) Defendant Jaime Lopez shall file his answer to the Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

                                                      /s/ A. Richard Caputo  
                                                    A. Richard Caputo  
                                                    United States District Judge