1. One (1) DVD-R, containing the Courtroom Video Recorder data from Magisterial District Court 44-3-01, Magisterial District Justice PLUMMER'S Office will be sent separately.

2. Deposition of Steven Bennett taken on December 3, 2018, is included in this filing.

3. Deposition of Trooper Jaime Lopez taken March 1, 2019, is included in this filing.

4. Deposition of Gabriel L. Paduck taken March 1, 2019, is included in this filing.

# EXHIBIT 2

1. One (1) DVD-R, containing the Courtroom Video Recorder data from Magisterial District Court 44-3-01, Magisterial District Justice PLUMMER'S Office will be sent separately.

# EXHIBIT 2-1