IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN J. BENNETT, | : | 3:17-cv-2031 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| TROOPER JAMIE LOPEZ, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

**December 16, 2020**

The Court is in receipt of the parties' stipulation concerning trial scheduling in this matter. Accordingly, it is hereby **ORDERED** that:

1. The Court shall convene a telephonic status conference with the parties on March 16, 2021 at 10:00 a.m. Call-in instructions will be circulated to the parties via email in advance of the conference.

2. A pretrial conference shall be conducted via WebEx on April 2, 2021 at a time to be set by future Order of Court.

3. The case is listed for the May 2021 trial term, with a specific jury selection and trial date to be scheduled at the April 2021 pretrial.

s/ John E. Jones III<br>
John E. Jones III, Chief Judge<br>
United States District Court<br>
Middle District of Pennsylvania